**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| STEVEN HELFAND | 20-20113-CIV-WILLIAMS/TORRES |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ESSLINGER WOOTEN & MAXWELL INC. ET AL., | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARINA BLUE CONDOMINIUM ASSOCIATION, INC., SKRLD, INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 ALHAMBRA CIR., 11TH FLOOR, CORAL GABLES, FL 33134

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

STEVEN F HELFAND
1400 SW 137TH AVE, F112,
PEMBROKE PINES, FL 33027

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 01/29/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process
District of Origin No. 04
District to Serve No. 04
Signature of Authorized USMS Deputy or Clerk
Date 01/29/2020

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Mayte Moriyon
Address (complete only different than shown above)

Date 1/31/20 Time 1:55 ☑ pm
Signature of U.S. Marshal or Deputy
5956

| Service Fee $65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS   IFP
Personally served Mayte Moriyon authorized to accept service for SKRLD Inc.

FILED BY SPS D.C.
FEB 0 4 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE
Form USM-285
Rev. 11/18