| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| STEVEN HELFAND | 20-20113-CIV-WILLIAMS/TORRES |
| DEFENDANT | TYPE OF PROCESS |
| ESSLINGER WOOTEN & MAXWELL INC. ET AL., | SUMMONS & COMPLAINT (1) X |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | EDWARD PELOSO |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 400 SOUTH POINTE DR., APT 1805, MIAMI BEACH, FL 33129 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| STEVEN F HELFAND<br>1400 SW 137TH AVE, F112,<br>PEMBROKE PINES, FL 33027 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>01/29/2020 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 04 | District to Serve<br>No. 04 | Signature of Authorized USMS Deputy or Clerk | Date<br>01/29/2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Alberto Cardet. | Date<br>2/4/20 | Time<br>2:47 ☑ pm |
|---|---|---|
| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy | |

FILED BY _SXS_ D.C.
FEB 10 2020
ANGELA E. NOBLE
CLERK U.S. DIST...

| Service Fee<br>$65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS   IFP

1. 2/3/20 Not home left business card. 1:57 p.m.
2. Served Alberto Cardet Esq. (attorney for defendant Peloso) authorized to accept service.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18