UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-cv-20113-KMW

STEVEN F. HELFAND,

        Plaintiff,

vs.

ESSLINGER WOOTEN MAXWELL INC. d/b/a BERKSHIRE HATHAWAY HOMESERVICES EWM REALTY; EDWARD PELOSO; EJP 888 BISCAYNE BLVD 2712, LLC; and MARCELO STEINMANDER,

        Defendants.

FILED BY _____ D.C.

MAR 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## RESPONSE BY PLAINTIFF TO OSC

Plaintiff, Steven F. Helfand, in *pro se*, files this response to the OSC. Plaintiff apologizes for the unavoidable delay in filing the scheduling order and conference report. While Plaintiff attempted, to no avail to communicate over relevant issues on a timely basis, the other parties did not meet and confer on a timely basis. Ultimately, the parties conferred successfully and in good faith on all issues one day after the OSC was issued.

Dated: March 26, 2020

Respectfully submitted,
/s/ Steven Franklyn Helfand
STEVEN FRANKLYN HELFAND
1400 SW 137th Ave, F112
Pembroke Pines, FL 33027
1400steven.helfand@gmail.com