UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-cv-20113-KMW



STEVEN F. HELFAND,

      Plaintiff,

vs.

ESSLINGER WOOTEN MAXWELL INC. d/b/a BERKSHIRE HATHAWAY HOMESERVICES EWM REALTY; EDWARD PELOSO; EJP 888 BISCAYNE BLVD 2712, LLC; and MARCELO STEINMANDER,

      Defendants.

### **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: MEDIATION [Dkt. 80]**

On April 22, 2020, the parties served a *Notice of Mediator Selection and Hearing* selecting the Honorable Ellen Leesfied (Ret.) as Mediator. [Dkt. 51]. Mediation was originally set for July 27, 2020. *Id.*

The Court entered an *Amended Scheduling Order* on July 2, 2020 [Dkt. 71]. ***The deadline to complete mediation and submit the Mediation Report, is, January 15, 2021***. *Id.*, at p. 2]. Plaintiff did not understand that any further action would be required as to mediation.

Based on the *Amended Scheduling Order*, the parties moved the mediation date to September 29, 2020 at 10:00 am on Zoom with Judge Leesfield.

August 31, 2020                              /S/ Steven F. Helfand
                                                           Plaintiff

STEVEN F. HELFAND
1400 SW 137TH AVENUE, F 112
PEMBROKE PINES, FL 33027
786.676.1018
1400STEVEN.HELFAND@GMAIL.COM

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via e-mail, but not electronically filed, on the 31st day of August, 2020, on all counsel or parties of record on the Service List below.

By: /s/ Steven Helfand

Albert M. Cardet, Esq.
James M. Shaw, Esq.