UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-20113-KMW

STEVEN F. HELFAND

        Plaintiff,
v.

ESSLINGER WOOTEN MAXWELL, INC.
d/b/a BERKSHIRE HATHAWAY HOMESERVICES
EWM REALTY; EDWARD PELOSO; EJP 888
BISCAYNE BLVD 2712, LLC; MARCELO
STEINMANDER; and MARINA BLUE CONDOMINIUM
ASSOCATION,

        Defendants.
_____/

## MEDIATION REPORT AND NOTICE OF SETTLEMENT

Ellen Leesfield, the mediator in this case, hereby submits the following Mediation Report:

On September , counsel and the parties in the above-referenced case convened via video conference (ZOOM), for a mediation conference in this case.

1. All parties were present for the mediation.
2. The parties reached a settlement, and the mediation was concluded.

I HEREBY CERTIFY that a true copy of the foregoing was transmitted electronically on October 1, 2020 to all parties of record.

        Respectfully submitted,

        _____
        ELLEN LEESFIELD, Mediator
        (Florida Bar No. 278793)
        201 Alhambra Circle, Suite 1205
        Coral Gables, FL.  33134